MN,ND-305
(5/94)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

Unclaimed Dividends and/or
Distributions Less Than $5 For Deposit To Registry Fund

Debtors:   An Q Cu & My T Nguyen

Chapter 7

Case No. 10-30644

Please Check One:

_____   Unclaimed Dividends

__X__   Distribution Less Than $5

| Name and Address of Creditor | Claim Number | Amount Claimed | Distribution Amount |
|---|---|---|---|
| US Bank<br>PO Box 5229<br>Cincinnati, OH 45201 | 23 | $429.03 | $4.92 |

Date: September 7, 2010

Mary Jo A. Jensen-Carter, Trustee
1257 Gun Club Road
White Bear Lake, MN 55110
(651) 486-7475